# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS O'LEARY, | CASE NO. 1:06-cv-01488-LJO-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | (Docs. 15 and 16) |

Plaintiff Gary Francis O'Leary ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 13, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection was to be filed within thirty days. Plaintiff filed an Objection on April 26, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Although Plaintiff filed an Objection, Plaintiff did not address the Magistrate Judge's Findings and Recommendations, and did not set forth any grounds that would support allowing this action to proceed.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 13, 2007, is adopted in full; and
2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:**   **July 1, 2008**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE